**STIP**
ROBERT A. MASSI, ESQ.
Nevada Bar No. 2397
ROBERT G. MASSI, ESQ.
Nevada Bar No. 13719
**MASSI & MASSI, ATTORNEYS AT LAW**
105 PECOS, RD., Suite #100
Henderson, Nevada 89074
Telephone: (702) 870-1100
Facsimile:   (702) 870-0196
Email:  Robert@massiandmassi.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK DION, an individual; LISA DION, an individual<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:16-cv-03005-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiffs, Mark and Lisa Dion ("Plaintiffs"), and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii), with each party bearing their own attorney's fees and costs incurred in this action.

Respectfully Submitted.

Dated: May 22, 2017

**MASSI & MASSI**

/s/ Robert G. Massi_____
Robert G. Massi, Esq.
Nevada Bar No. 13719
105 PECOS, RD., Suite #100
Henderson, Nevada 89074
Email: Robert@massiandmassi.com
*Attorney for Plaintiffs*

**NAYLOR• BRASTER**

*/s/* Jennifer L. Braster_____
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**JONES DAY**

*/s/* Katherine A. Neben_____
Katherine A. Neben, Esq.
3161 Michelson Drive, Suite 800
Irvine, California 92612
amazingo@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

# ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), the matter is dismissed, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2017 _____

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL** was electronically and personally served to the following parties:

Jennifer L. Braster, Esq.
**MAUPIN•NAYLOR•BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Katherine A. Neben, Esq.
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
amazingo@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: May 22, 2017

_____
An Employee of Massi & Massi, Attorneys at Law